# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**


January 23, 2026

Mrs. Jennifer Leigh Truelove
McKool Smith, P.C.
104 E. Houston Street
Suite 300
Marshall, TX 75670

No. 24-40323 Aramark Services v. Aetna Life Ins
USDC No. 2:23-CV-446

Dear Counsel:

This letter will serve to advise the parties that the court has requested a response to the Appellant's Petition for rehearing en banc to be filed in this office on or before February 2, 2026.

Sincerely,

LYLE W. CAYCE, Clerk

By: Christy Combel
Christy M. Combel, Deputy Clerk
504-310-7651

cc:
Mr. Gregory Harris Berman
Mr. Jon Corey
Mr. David Watson Hughes
Mr. Peter J. Kocoras
Mr. Charles McCloud
Mr. Noah Christopher McCullough
Mr. Michael H. McGinley
Mr. David Schiefelbein
Mr. John Bruce Shely
Mr. Hal M. Shimkoski
Ms. Melissa Richards Smith
Mrs. Mary Katherine Strahan
Mr. Ikenna Ugboaja